**Patrick Aubrey HODGSON,
Petitioner–Appellant,**

v.

**Timothy S. AITKEN, Officer–in–
Charge, Defendant–Appellee.**

No. 01–55797.

D.C. No. CV–00–08116–CW.

United States Court of Appeals,
Ninth Circuit.

March 11, 2002.*

March 21, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). We, therefore, deny Sedgwick's request for oral argument.

* This panel unanimously finds this case suitable for decision without oral argument. *See*

346

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

## MEMORANDUM**

Patrick Aubrey Hodgson appeals pro se the district court's denial of his 28 U.S.C. § 2241 habeas petition challenging his detention by the Immigration and Naturalization Service. We dismiss the appeal as moot. *Cf. Spencer v. Kemna,* 523 U.S. 1, 8–16, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998) (holding petitioner's subsequent release rendered petition moot because petitioner could no longer satisfy case or controversy requirement).

**DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

